O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 21 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA14-31M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Maier, Bradley David ) | |
| Defendant. ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___D. Oregon___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _alleged conduct in absconding from supervision and disobeying orders of probation officer; backgrd, cmty ties_

1    ancestry: unknown due to failure to
2    interview; bail resources unknown; assoc w/
     multiple personal identifiers
3    and/or

4  B.    (X) The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on his criminal history record

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: 1/21/14

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE